UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA HOPSON, | No. 2:17-cv-2685 KJM KJN |
| Plaintiff, | |
| v. | ORDER |
| PENELOPE WEBSTER, et al., | |
| Defendant. | |

On May 5, 2018, the court stayed this action and directed the parties to promptly meet and confer to discuss settlement. ECF No. 5. The court further directed the parties to initiate participation with the court's Voluntary Dispute Resolution Program ("VDRP") if informal settlement discussions did not result in settlement within 45 days and to alert the court fourteen days after completion of their VDRP session. *Id.* at 2.

Nearly five months have passed with no indication either party has taken any action to comply with the court's order. Counsel for both parties are therefore ORDERED to SHOW CAUSE why they should not each be sanctioned $250.00 for noncompliance with the court's order, or dismissal for lack of prosecution. Responses are due within fourteen (14) days.

IT IS SO ORDERED.

DATED: September 20, 2018.

_____
UNITED STATES DISTRICT JUDGE

1